UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------------x
:
ALEXIS BOOKARD,
:
                Plaintiff,
  vs.                                         :  **Civil Action No.: 2:18-cv-02424-JS**

SEALED AIR CORPORATION, et al.,       :
                                                   **JURY TRIAL DEMANDED**
                Defendants.                   :

NORTHTEC LLC and THE ESTEE LAUDER   :
COMPANIES INC.,
:
                Third-Party Plaintiffs,
:
  vs.
:
MANPOWER, INC.,
:
                Third-Party Defendant.
:
------------------------------------------------------------------------x

**MOTION FOR SUMMARY JUDGMENT**
**OF DEFENDANTS NORTHTEC LLC AND THE ESTEE LAUDER COMPANIES INC.**

      Defendants Northtec LLC ("Northtec") and The Estee Lauder Companies Inc. ("TELCI") by and through their undersigned attorneys hereby move pursuant to Fed. R. Civ. P. 56 for summary judgment. The bases for this motion are set forth in the attached Brief and Concise Statement of Material Facts, which Northtec and TELCI hereby incorporate by reference and adopt as though fully set forth at length herein.

        Respectfully submitted,

        **LITTLETON PARK**
            **JOYCE UGHETTA & KELLY LLP**

By:  /s/ Daniel J. Kain
      C. Scott Toomey, Esquire
      Daniel J. Kain, Esquire

      *Attorneys for Defendants*
      *Northtec LLC and The Estee Lauder*
      *Companies Inc.*

Dated:  July 1, 2019