IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALEXIS BOOKARD | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-2424 |
| | : | |
| THE ESTEE LAUDER COMPANIES, | : | |
| INC., et al. | : | |

## **ORDER**

AND NOW, this 10th day of March, 2020, upon consideration of Defendants/Third-Party Plaintiffs Northtec LLC and The Estée Lauder Companies Inc.'s (collectively, Northtec) Motion for Summary Judgment, Third-Party Defendant Manpower, Inc.'s Motion for Summary Judgment, the briefing on the Motions, and the parties' presentations at the August 20, 2019, oral argument, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

- Manpower's Motion for Summary Judgment (Document 35) is GRANTED. Judgment will be entered in Manpower's favor on Northtec's Third-Party Claims against Manpower by separate order.

- Northtec's Motion for Summary Judgment (Document 34) is DISMISSED as moot. Manpower's Counterclaim for Contractual Indemnification is DISMISSED as moot.

It is further ORDERED:

- Northtec's Motion in Limine (Document 43) is DENIED as moot;

- Manpower's Motion in Limine (Document 44) is DENIED as moot; and

- Northtec's Motion for Leave to File a Sur-Reply Brief (Document 49) is GRANTED insofar as the Court considered Northtec's proposed Sur-Reply Brief in ruling on Manpower's Motion for Summary Judgment.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.