IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXIS BOOKARD | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-2424 |
| | : | |
| THE ESTEE LAUDER COMPANIES, INC., et al. | : : | |

## **JUDGMENT**

AND NOW, this 10th day of March, 2020, it is ORDERED judgment is entered in Third-Party Defendant Manpower, Inc.'s favor on all claims asserted in Defendants/Third-Party Plaintiffs The Estee Lauder Companies Inc. and Northtec, LLC's Third-Party Complaint.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.